**SALTS LAW OFFICE**
2537 Route 52, Bldg. 3
Hopewell Junction, New York 12533

---

**Telephone: (914) 482-3137**
**Facsimile: (518) 241-1092**
**saltslaw.com**
**saltslaw@gmail.com**

October 29, 2025

Honorable Kyu Paek
US Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, New York 12601

Re:    Adversary proceeding: 23-09017-kyp
       Vedder v. United States Department of Education

Dear Judge Paek:

Please allow this letter to confirm the adjournment of the hearing for the above adversary proceeding,

currently scheduled for November 4, 2025 to December 2, 2025 at 10:00 AM.

Very truly yours,


By: /s/ Devon Salts, Esq.
    Devon Salts, Esq.